IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THEDA RUSCH BALL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>COMMUNITY HEALTH )<br>SYSTEMS, INC., COMMUNITY HEALTH )<br>SYSTEMS PROFESSIONAL SERVICES CORP., )<br>LEXINGTON HOME CARE SERVICES, LLC )<br>d/b/a REGIONAL HOME CARE, MCKENZIE, )<br>COMMUNITY HEALTH UNITED HOME )<br>CARE, LLC )<br>)<br>)<br>Defendants. ) | Civil Action No. 3:13-1129<br><br>Chief Judge Haynes<br><br>JURY DEMAND |

*[handwritten annotation: "OKM SK / This motion is GRANTED / William [Haynes] / 6-5-14"]*

## MOTION TO SEAL

COMES NOW Plaintiff Theda Rusch Ball and moves to seal Defendant LHCS's employee handbook that it has designated "confidential" under the terms of the Protective Order (ECF No. 24). Plaintiff opposes the designation as confidential; however, she needs to file the handbook in support of her opposition to LHCS's Motion to Transfer (ECF No. 20, 21).

Respectfully submitted,
COLLINS LAW FIRM

/s Heather Moore Collins
Heather Moore Collins
BPR # 026099
2002 Richard Jones Rd., Suite 200-B
Nashville, TN 37215
615-724-1996
615-691-7019 FAX
heather@hmcollinslaw.com

*Attorney for Plaintiff*