IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THEDA RUSCH BALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No.: 3:13-1129 |
| COMMUNITY HEALTH SYSTEMS, | ) | |
| INC., COMMUNITY HEALTH | ) | **Chief Judge Haynes** |
| SYSTEMS PROFESSIONAL CORP., | ) | |
| LEXINGTON HOME CARE SERVICES, | ) | **JURY DEMAND** |
| LLC, d/b/a REGIONAL HOME CARE, | ) | |
| McKENZIE, COMMUNITY HEALTH | ) | |
| UNITED HOME CARE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

*ORDER
This motion
is GRANTED
Will [signature]
[illegible]
6-24-14*

## DEFENDANT LEXINGTON HOME CARE SERVICES, LLC'S MOTION FOR LEAVE TO FILE REPLY BRIEF

Defendant, Lexington Home Care Services, LLC, d/b/a Regional Home Care, McKenzie ("Defendant McKenzie"), hereby requests leave to file a Reply Brief in Further Support of Its Motion to Transfer. In her Opposition to Defendant McKenzie's Motion to Transfer, Plaintiff has raised certain issues to which Defendant McKenzie wishes to respond, briefly. A copy of Defendant McKenzie's proposed Reply Brief, which is only six pages, is attached as **Exhibit A** to this Motion.

**WHEREFORE**, Defendant McKenzie respectfully requests permission to file its Reply Brief in Further Support of its Motion to Transfer this action to the United States District Court for the Western District of Tennessee, Jackson Division.

7/3429453.1
020304-301603

Case 3:13-cv-01129   Document 33   Filed 06/23/14   Page 1 of 2 PageID #: 270